TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00266-CV

Texas Department of Health, Appellant

v.

Texas Pharmacy Association; Texas Federation of Drug Stores; Scott's Pharmacy and

Florist; City Drug of Alpine, Inc.; Parkview Drugs (Big Lake and McCamey);

Pharmacy Associates; Matthewson Drug Co., Inc.; and

Medico, Inc. of McAllen, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 96-02266, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellant Texas Department of Health has filed an agreed motion to dismiss the appeal. 
We grant the motion. Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Agreed Motion

Filed: August 28, 1997

Do Not Publish